# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAWN R. FOX, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) 13-2283 |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| *suing Carolyn Colvin*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

A Report and Recommendation (#18) was filed by Magistrate Judge David G. Bernthal in the above cause on January 7, 2015. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#18) is accepted by this court.

(2) The plaintiff's Motion for Summary Judgment (#13) is GRANTED.

(3) The defendant's Motion for Summary Judgment (#16) is DENIED.

(4) This case is remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

(5) This case is terminated.

Entered this 29th day of January, 2015.

**/s/ Harold A. Baker**
_____
Harold A. Baker
United States District Judge